**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7   NOEL SHARPE,
8            Plaintiff,                         No. C06-4964 EMC
9       v.                                      **ORDER EXTENDING MEDIATION
                                                DEADLINE AND RESCHEDULING**
10  FEDEX CORPORATION, et al.,                  **CASE MANAGEMENT CONFERENCE**
11           Defendants.
    _____/
12
13          Upon consideration of Defendant's February 27, 2007 letter requesting for an extension of
14  the mediation deadline, and Plaintiff's February 27, 2007 response, IT IS HEREBY ORDERED that
15  the mediation deadline is extended from February 28, 2007 to **April 16, 2007**.
16          IT IS FURTHER ORDERED that the Status Conference is rescheduled from March 28, 2007
17  at 2:30 p.m. to **April 25, 2007 at 2:30 p.m.**  An updated Joint Case Management Conference
18  Statement shall be filed by April 18, 2007.
19          IT IS SO ORDERED.
20
21  Dated:  March 2, 2007                       _____
22                                              EDWARD M. CHEN
                                                United States Magistrate Judge
23
24
25
26
27
28