Sara A. Simmons, Esq. (SB# 087029)
**LAW OFFICES OF SARA A. SIMMONS, APC**
221 Main Street, Sixteenth Floor
San Francisco, CA 94105-1936
Telephone: (415) 344-0244
Facsimile: (415) 348-8720
E-mail: sara@simmlaw.com

E-filing

Attorneys for Defendant
Federal Express Corporation
(erroneously sued as "FedEx Corporation")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION – E-FILING

| | |
|---|---|
| NOEL SHARPE,<br><br>   Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION; FEDEX EXPRESS; FEDEX GROUND; FEDEX FREIGHT; and DOES 1-100,<br><br>   Defendants. | Case No. C 06-04964 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PHYSICAL EXAMINATION OF PLAINTIFF**<br><br>[FRCP Rule 35]<br><br>Complaint Filed: March 14, 2006 |

The parties hereto, by and through their respective counsel, hereby agree and stipulate pursuant to F.R.C.P. Rule 35, that Plaintiff will be produced for a physical examination by a suitably licensed or certified examiner of Defendant's choosing on a date to be mutually agreed upon by the parties.

This stipulation may be executed in counterparts by facsimile, each of which shall be deemed an original, but which taken together will constitute one and the same document.

//

-1-

**STIPULATION AND [PROPOSED] ORDER FOR PHYSICAL EXAMINATION OF PLAINTIFF**
**Case No. C 06-04964 EMC**

1  IT IS SO STIPULATED.

2  Date: March 14, 2007                    LAW OFFICES OF SARA A. SIMMONS, APC
3

4
                                          By: _____/s/_____
5                                              Sara A. Simmons
                                               Attorneys for Defendant
6                                              Federal Express Corporation

7

8  Date: March 14, 2007                    LAW OFFICES OF CHEASTY & CHEASTY
9

10
                                          By: _____/s/_____
11                                             Robert C. Cheasty
                                               Attorneys for Plaintiff
12                                             Noel Sharpe

13

14  APPROVED AND SO ORDERED:
15

16

17  Dated: March 15, 2007

18                                         _____
                                           THE HONORABLE EDWARD M. CHEN
19                                         United States District Court Judge

20

21

22

23

24

25

26

27

28
                                         -2-

STIPULATION AND [PROPOSED] ORDER FOR PHYSICAL EXAMINATION OF PLAINTIFF
Case No. C 06-04964 EMC

1  IT IS SO STIPULATED.

2  Date: March 14, 2007                    LAW OFFICES OF SARA A. SIMMONS, APC

3

4                                          By: *(signature)*

5                                          Sara A. Simmons
                                           Attorneys for Defendant
6                                          Federal Express Corporation

7

8  Date: March 14, 2007                    LAW OFFICES OF CHEASTY & CHEASTY

9
                                           By: *(signature)*
10                                         Robert C. Cheasty
                                           Attorneys for Plaintiff
11                                         Noel Sharpe

12

13
   APPROVED AND SO ORDERED:
14

15

16 Dated: _____

17                                         _____
                                           THE HONORABLE EDWARD M. CHEN
18                                         United States District Court Judge

19

20

21

22

23

24

25

26

27

28                                         -2-

STIPULATION AND [PROPOSED] ORDER FOR PHYSICAL EXAMINATION OF PLAINTIFF
                                                    Case No. C 06-04964 EMC