1  Sara A. Simmons, Esq. (SB# 087029)
   **LAW OFFICES OF SARA A. SIMMONS, APC**
2  221 Main Street, Sixteenth Floor
   San Francisco, CA 94105-1936
3  Telephone: (415) 344-0244
   Facsimile:  (415) 348-8720
4  E-mail:     sara@simmlaw.com

5
   Attorneys for Defendant
6  Federal Express Corporation
   (erroneously sued as "FedEx Corporation")
7

8                    UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION – E-FILING
11

12                                          ) Case No. C 06-04964 EMC
                                            )
13 NOEL SHARPE,                             )
                                            ) **STIPULATION AND [PROPOSED] ORDER**
14          Plaintiffs,                     ) **FOR EXTENSION OF EXPERT**
                                            ) **DISCOVERY**
15     v.                                   )
                                            )
16 FEDEX CORPORATION; FEDEX                 )
   EXPRESS; FEDEX GROUND; FEDEX             )
17 FREIGHT; and DOES 1-100,                 )
                                            )
18          Defendants.                     ) Complaint Filed: March 14, 2006
                                            )
19 _____)

20

21     On June 27, 2007, the Court Ordered "discovery cut off extended to 8/6/2007." The Order

22 does not contain corresponding extensions re expert discovery, and disclosure of experts is presently

23 set for the same date that the non-expert discovery cut-off was originally set. Therefore, The parties

24 hereto, by and through their respective counsel, hereby agree and stipulate to extend expert

25 discovery deadlines, as follows:

26     1.   Experts shall be disclosed and reports provided by plaintiff and defendant by 8/6/07.

27          (presently July 23, 2007)

28                                          -1-
   **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF EXPERT DISCOVERY**
   **Case No. C 06-04964 EMC**

1   2.   Rebuttal experts shall be disclosed and reports provided by 8/20/07. (presently set for
         8/6/07)
3   3.   All discovery from experts shall be completed by 9/04/07.  (presently set for
    8/20/07)

This stipulation may be executed in counterparts by facsimile, each of which shall be deemed an original, but which taken together will constitute one and the same document.

IT IS SO STIPULATED.

Date: July 12, 2007                          LAW OFFICES OF SARA A. SIMMONS, APC

                                             By: _____
                                                 Sara A. Simmons
                                                 Attorneys for Defendant
                                                 Federal Express Corporation


Date: July 18, 2007                          LAW OFFICES OF CHEASTY & CHEASTY

                                             By: _____
                                                 Robert C. Cheasty
                                                 Attorneys for Plaintiff
                                                 Noel Sharpe


APPROVED AND SO ORDERED:


Dated: _____

                                             _____
                                             THE HONORABLE EDWARD M. CHEN
                                             United States District Court Judge

-2-

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF EXPERT DISCOVERY
                                                          Case No. C 06-04964 EMC

2. Rebuttal experts shall be disclosed and reports provided by 8/20/07. (presently set for 8/6/07)

3. All discovery from experts shall be completed by 9/04/07. (presently set for 8/20/07)

This stipulation may be executed in counterparts by facsimile, each of which shall be deemed an original, but which taken together will constitute one and the same document.

IT IS SO STIPULATED.

Date: July 12, 2007              LAW OFFICES OF SARA A. SIMMONS, APC


By: _____/s/_____
     Sara A. Simmons
     Attorneys for Defendant
     Federal Express Corporation


Date: July 18, 2007              LAW OFFICES OF CHEASTY & CHEASTY


By: _____/s/_____
     Robert C. Cheasty
     Attorneys for Plaintiff
     Noel Sharpe


APPROVED AND SO ORDERED:

Dated: July 24, 2007

_____
THE HONORABLE EDWARD M. CHEN
United States District Court Judge

-2-

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF EXPERT DISCOVERY**
Case No. C 06-04964 EMC