1  Sara A. Simmons, Esq. (SB# 087029)
   **LAW OFFICES OF SARA A. SIMMONS, APC**
2  221 Main Street, Sixteenth Floor
   San Francisco, CA 94105-1936
3  Telephone:  (415) 344-0244
   Facsimile:   (415) 348-8720
4  E-mail:      sara@simmlaw.com

5

   Attorneys for Defendant
6  Federal Express Corporation
   (erroneously sued as "FedEx Corporation")
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION – E-FILING
11

12                                              )  Case No.  C 06-04964 EMC
                                                )
13  NOEL SHARPE,                                )
                                                )  **STIPULATION AND [P~~ROPOSED~~] ORDER**
14              Plaintiffs,                     )  **FOR SECOND EXTENSION OF EXPERT**
                                                )  **DISCOVERY**
15       v.                                     )
                                                )
16  FEDEX CORPORATION; FEDEX                    )
    EXPRESS; FEDEX GROUND; FEDEX                )
17  FREIGHT; and DOES 1-100,                    )
                                                )
18              Defendants.                     )  Complaint Filed: March 14, 2006
                                                )
19  _____        )

20

21       On July 24, 2007, the Court approved and Ordered an extension of expert discovery pursuant

22  to the stipulation of the parties. The parties are awaiting Plaintiff's Workers' Compensation records.

23  Therefore, The parties hereto, by and through their respective counsel, hereby agree and stipulate to

24  extend expert discovery deadlines, as follows:

25       1.      Experts shall be disclosed and reports provided by plaintiff and defendant by 8/10/07.

26               (presently 8/6/07)

27

28
                                              -1-
    **STIPULATION AND [PROPOSED] ORDER FOR SECOND EXTENSION OF EXPERT DISCOVERY**
                                                                    **Case No. C 06-04964 EMC**

2. Rebuttal experts shall be disclosed and reports provided by 8/24/07. (presently set for 8/20/07)

3. All discovery from experts shall be completed by 9/11/07.   (presently set for 9/04/07)

This stipulation may be executed in counterparts by facsimile, each of which shall be deemed an original, but which taken together will constitute one and the same document.

IT IS SO STIPULATED.

Date: August 3, 2007                          LAW OFFICES OF SARA A. SIMMONS, APC

By: _____/s/_____
Sara A. Simmons
Attorneys for Defendant
Federal Express Corporation

Date: August 3, 2007                          LAW OFFICES OF CHEASTY & CHEASTY

By: _____/s/_____
Robert C. Cheasty
Attorneys for Plaintiff
Noel Sharpe

APPROVED AND SO ORDERED:

Dated: August 6, 2007

_____
THE HONORABLE
United States District

*IT IS SO ORDERED — Judge Edward M. Chen, United States District Court, Northern District of California*

-2-

**STIPULATION AND [PROPOSED] ORDER FOR SECOND EXTENSION OF EXPERT DISCOVERY**
**Case No. C 06-04964 EMC**