**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL SHARPE, | No. C-06-4964 EMC |
| Plaintiff, | |
| v. | **ORDER RE PARTIES' LETTERS OF AUGUST 31, 2007** |
| FEDEX CORPORATION, *et al.*, | **(Docket No. 46)** |
| Defendants. | |
| _____/ | |

The Court is in receipt of Plaintiff's letter of August 31, 2007 (faxed to chambers but not electronically filed), and Defendant's response of August 31, 2007 (Docket No. 46). The Court hereby **DENIES** Plaintiff Noel Sharpe's request for failure to file a properly noticed motion.

The parties are forewarned that the Court is not inclined to continue the trial, currently scheduled to commence on December 10, 2007.

IT IS SO ORDERED.

Dated: August 31, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge