Sara A. Simmons 87029
Law Offices of Sara Simmons
221 Main Street, 16th Floor
San Francisco, CA 94105-1936
Tel.: (415) 344-0244; Fax.: (415) 348-8720
Email: sara@simmlaw.com

Attorney for Defendant
Federal Express Corporation
(erroneously sued as FedEx Corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division – E-FILING

| | |
|---|---|
| NOEL SHARPE,<br>            Plaintiff,<br>        v.<br><br>FEDEX CORPORATION, FEDEX EXPRESS, FEDEX GROUND, FEDEX FREIGHT, DOES 1 to 100,<br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. C 06-04964 EMC<br><br>STIPULATION OF DISMISSAL FRCP 41 (a) (1); **ORDER**<br><br>Trial: Dec. 10, 2007 |

IT IS HEREBY STIPULATED BY ALL PARTIES through their Counsel of Record that the

above-captioned action be dismissed with prejudice, in its entirety, pursuant to FRCP 41(a) (1),

all parties agreeing to bear their own respective costs.

Dated: October 6, 2007.

_____
Robert Cheasty
Attorney for Plaintiff

Dated: October 6, 2007.

IT IS SO ORDERED:

_____
Edward M. C...
U.S. Magistr...

Stipulation o...

Sara A. Simmons
Attorney for Defendant
FEDERAL EXPRESSS CORPORATION

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA